UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ACCESS 4 ALL, INC., a Florida not for profit
corporation, and NELSON M. STERN,
Individually,

               Plaintiffs,

vs.

ALPHONSE HOTEL CORPORATION, a New
York Corporation,

               Defendant.

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-06
```

CASE NO. 1:06-cv-5747-VM-HBP

**ORDER OF ADMISSION
ON THE MOTION TO ADMIT
THOMAS B. BACON
TO APPEAR PRO HAC VICE**

       The Motion for Admission to Admit Counsel Pro Hac Vice in the above-captioned matter
is granted. The admitted attorney Thomas B. Bacon is permitted to argue or try this particular
case in whole or in part as counsel or advocate.

       An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney
admission fee and present this Order to the cashier's office of the Clerk of Court. When paying
by mail, return a copy of this Order to the Clerk of Court with the required fee.

       This Order confirms your appearance as counsel in this case, and it will be entered on the
Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made
on the roll of attorneys.

       The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in
this case.

Dated: 27 December 2006

                             UNITED STATES DISTRICT JUDGE
                               **Victor Marrero**