MARKER: 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CECIL and MAVIS McCLAIN,                    Civil Action No.: 06 CV 13662 (VM)

                Plaintiffs,

V.

                                    **STIPULATION EXTENDING TIME**

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, ASTRA USA, INC., KBI
SUB INC., ZENECA, INC., and ASTRA USA
HOLDINGS CORPORATION,

                Defendants
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendants, that the time for defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Astra USA, Inc., KBI Sub Inc., and Zeneca, Inc. to answer with respect to the complaint filed in the above referenced action is extended through April 30, 2007.

Dated: March 27, 2007

By: /s/ _____
    James D. Arden (JA-8779)
    Peter C. Brensilver (PB-9184)
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

By: /s/ _____
    Michael E. Pederson, Esq.
    WEITZ & LUXENBERG, P.C.
    180 Maiden Lane
    New York, New York 10038
    (212) 558-5500
    *Attorneys for Plaintiff*

*Of Counsel*:
    Michael W. Davis
    Sherry A. Knutson
    Michele O. Choe
    SIDLEY AUSTIN LLP
    1 South Dearborn Street
    Chicago, IL 60603
    (312) 853-7000
    *Attorneys for Defendants*

SO ORDERED: 4-2-07
The Clerk of Court is directed to restore this case to the Court's active docket.

_____
U.S.D.J.