```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
CECIL McCLAIN and MAVIS McCLAIN,        :
                                        :
              Plaintiffs,               :   06 Civ 13662
                                        :
    - against -                         :
                                        :   ORDER
ASTRAZENECA PHARMACEUTICALS LP,         :
ASTRAZENECA LP, ASTRA USA, INC.,        :
KBI SUB INC., ZENECA, INC., ASTRA       :
USA HOLDINGS CORPORATION,               :
                                        :
              Defendants.               :
--------------------------------------- X
```

**USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-30-07**

**VICTOR MARRERO, United States District Judge.**

By Order dated December 27, 2006 the Court directed the Clerk of Court to place this case on the Court's Suspense Calendar pending a determination by the MDL panel with respect to the transfer of the action pursuant to 28 U.S.C. § 1407. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of active open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of December 27, 2006 the Clerk of Court is directed to place this case on the Court's Suspense Docket and remove it from the Court's list of pending active cases.

**SO ORDERED.**

Dated:   New York, New York
         30 April 2007

                              _____
                              VICTOR MARRERO
                              U.S.D.J.