UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CECIL and MAVIS MCCLAIN,                          Civil Action No.: 06 CV 13662 (VM)

                Plaintiffs,

    V.

                                         **STIPULATION EXTENDING TIME**

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, ASTRA USA, INC., KBI
SUB INC., ZENECA, INC., and ASTRA USA
HOLDINGS CORPORATION,

                Defendants
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-07
```

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs and defendants that:

      1.    As plaintiffs have filed an amended complaint in the above-captioned action, the parties agree that no response from defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Astra USA, Inc., KBI Sub Inc., and/or Zeneca, Inc. is required with respect to the initial complaint; and instead

      2.    Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Astra USA, Inc., KBI Sub Inc., and Zeneca, Inc. shall each answer with respect to the amended complaint within 90 days from the date on which the amended complaint is served.

Dated: April 30, 2007

By: ___/s/___
     James D. Arden (JA-8779)
     Peter C. Brensilver (PB-9184)
     SIDLEY AUSTIN LLP
     787 Seventh Avenue
     New York, New York 10019
     (212) 839-5300

By: ___/s/___
     Michael E. Pederson, Esq.
     WEITZ & LUXENBERG, P.C.
     180 Maiden Lane
     New York, New York 10038
     (212) 558-5500
     *Attorneys for Plaintiffs*

*Of Counsel*:

Michael W. Davis
Sherry A. Knutson
Michele O. Choe
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Defendants*

SO ORDERED: 1 May 2007

_____
Victor Marrero
United States District Judge