UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT

------------------------------------------------------------------X   Index No.   06-CV-13662

CECIL MCCLAIN AND MAVIS MCCLAIN, H/W,

                        Plaintiff(s)
        Against                                                        **Affidavit of Service of**
                                                                       **Amended Complaint**
ASTRAZENECA PHARMACEUTICALS LP, ET AL,

                        Defendant(s)
------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on July 02, 2007 at 01:41 PM at the address
    CT CORPORATION SYSTEMS
    111 8TH AVENUE
    NEW YORK, NY 10011

deponent served the within Amended Complaint

UPON:    ASTRAZENECA LP *

By personally delivering a true copy of the Amended Complaint to SATTIE JAIRAM, a person of suitable age and discretion. Said premises is Defendant's actual place of business.
On 7/16/2007, deponent enclosed a copy of the Amended Complaint in a postpaid envelope properly addressed to the last known address of said served at:
CT CORPORATION SYSTEMS
111 8TH AVENUE
NEW YORK, NY 10011
and said first class postpaid envelope, which bore the words 'Personal and Confidential' and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant, was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
Deponent describes the person actually served as follows:
SEX:     FEMALE
SKIN:    Brown
HAIR:    Black
AGE:     36-50
HEIGHT:  5'4"-5'8"
WEIGHT:  131-160
OTHER FEATURES: Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this    23rd day of July, 2007

ANA E. SANCHEZ
Notary Public, State of New York
No. 01SA5067260
Qualified in Bronx County
Commission Expires Oct. 15, 2008

EFRAIN CAMACHO
LICENSE NO.: 1164029