UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT

---------------------------------------------------------------X    Index No.   06-CV-13662

CECIL MCCLAIN AND MAVIS MCCLAIN, H/W,

Plaintiff(s)

Against

**Affidavit of Service of Amended Complaint**

ASTRAZENECA PHARMACEUTICALS LP, ET AL,

Defendant(s)

---------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on June 29, 2007 at 10:35 AM at the address
> ONE MERCK DRIVE
> WHITEHOUSE STATION, NJ 08889

deponent served the within Amended Complaint

UPON:   **KBI SUB, INC.**

By personally delivering a true copy of the Amended Complaint to JOAN DEARBORN, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:       FEMALE
SKIN:      White
HAIR:      Brown and Gray
AGE:       36-50
HEIGHT:    5'4"-5'8"
WEIGHT:    100-130
OTHER FEATURES: Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this 23rd day of July, 2007

ANGELO RODRIGUEZ
LICENSE NO.: 1000177

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010