UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT

-----------------------------------------------------------------X    Index No.    06-CV-13662

CECIL MCCLAIN AND MAVIS MCCLAIN, H/W,

                              Plaintiff(s)
Against                                                                                                    **Affidavit of Service of**
ASTRAZENECA PHARMACEUTICALS LP, ET AL,                        **Amended Complaint**

                              Defendant(s)
-----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at MONMOUTH COUNTY, NJ

That on June 28, 2007 at 12:00 PM at the address
      1800 CONCORD PIKE
      WILMINGTON, DE 19850

deponent served the within Amended Complaint

UPON: **ZENECA INC.**

By personally delivering a true copy of the Amended Complaint to PAULETTE HENDRICK, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:     FEMALE
SKIN:    White
HAIR:    Brown
AGE:     51-65
HEIGHT:  Under 5'
WEIGHT:  100-130

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this     23rd day of July, 2007

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010

JAMES NICOLETTI
LICENSE NO.: 826606